**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

STANLEY DAY,

        Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.

Case No.

Complaint and Demand for Jury Trial

## COMPLAINT

STANLEY DAY ("Plaintiff"), by and through his attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against DIVERSIFIED CONSULTANTS, INC. ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has subject-matter jurisdiction over actions under the FDCPA under 15 U.S.C. § 1692k(d), which states that FDCPA actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3. This Court has personal jurisdiction over Defendant because Defendant regularly conducts business in the State of Florida.

4. Venue is proper under 28 U.S.C. § 1391(b)(2).

**PARTIES**

5. Plaintiff is a natural person, who resides in Palm Beach, Florida 33413.

6. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

7. Defendant is a corporation with its headquarters located at 10550 Deerwood Park Blvd., Ste. 309, Jacksonville, FL 32256.

8. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6), and repeatedly contacted Plaintiff in an attempt to collect a debt.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Defendant placed repeated harassing telephone calls to Plaintiff on his cellular telephone number seeking to collect an alleged debt.

11. The alleged debt arose from transactions that were primarily for personal, family or household purposes.

12. Desiring to stop Defendant's repeated calls, Plaintiff told Defendant to stop calling soon after the calls began.

13. Once Defendant knew its calls were unwanted, any continued calls could only have been placed for the purpose of harassing Plaintiff.

14. Despite Plaintiff's request, Defendant continued to place calls to Plaintiff's cellular telephone number for several months thereafter.

15. Defendant's actions as described herein were taken with the intent to harass,

upset and coerce Plaintiff to pay an alleged debt.

**Count I**
**Defendant violated §§ 1692d and 1692d(5) of the FDCPA**

16. Plaintiff incorporates forgoing paragraphs as though the same were set forth at length herein.

17. Section 1692d of the FDCPA prohibits debt collectors from engaging in any conduct the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt.

18. Section 1692d(5) of the FDCPA prohibits debt collectors from causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with the intent to annoy, abuse or harass any person at the called number.

19. Defendant violated sections 1692d and 1692d(5) of the FDCPA when it placed repeated harassing telephone calls to Plaintiff knowing its calls were unwanted within the one year period preceding the filing of this Complaint

WHEREFORE, Plaintiff, STANLEY DAY, respectfully prays for a judgment as follows:

    a. All actual damages suffered pursuant to 15 U.S.C. § 1692k(a)(1);

    b. Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

    c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs, pursuant to 15 U.S.C. § 1693k(a)(3); and

    d. Any other relief deemed appropriate by this Honorable Court.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, STANLEY DAY, demands a jury trial in this case.

Respectfully submitted;

DATED:  May 24, 2019			By:  /s/ Amy Lynn Bennecoff Ginsburg
					Amy Lynn Bennecoff Ginsburg
					Kimmel & Silverman, P.C.
					30 E. Butler Pike
					Ambler, PA 19002
					Phone: (215) 540-8888
					Fax: (877) 788-2864
					Email: aginsburg@creditlaw.com