# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STANLEY DAY, | § |
| Plaintiff, | § Civil Action No. 9:19-cv-80683-RLR |
| v. | § |
| DIVERSIFIED CONSULTANTS, INC., | § |
| Defendant. | § |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 7, 2019

/s/ Amy L. B. Ginsburg
Amy L. B. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

      I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Diversified Consultants, Inc.
10550 Deerwood Park Blvd.
Ste. 309
Jacksonville, FL 32256

| | |
|---|---|
| June 7, 2019 | /s/ Amy L. B. Ginsburg |
| | Amy L. B. Ginsburg, Esq. |
| | Kimmel & Silverman, P.C. |
| | 30 East Butler Pike |
| | Ambler, PA 19002 |
| | Phone: 215-540-8888 |
| | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |